In the Matter of the Probate of the Will of WILLARD H. JONES, Deceased.

FANNIE MICHAEL, Appellant; THE CHARITY ORGANIZATION SOCIETY OF THE CITY OF NEW YORK et al., Respondents.

(Argued January 8, 1934; decided February 27, 1934.)

*Herbert C. Smyth, Jr.*, for appellant.

*Neil P. Cullom* and *Frederick M. Schlater* for Charity Organization Society of the City of New York et al., respondents.

*Francis Smyth* and *Richard N. Crockett* for New York Association for Improving the Condition of the Poor et al., respondents.

Appeal dismissed, with costs, on the ground that, assuming but not deciding that the order appealed from is a final order in a special proceeding, the order does not directly involve the construction of the Constitution of the State or of the United States. (Civ. Prac. Act, § 588, subd. 1.) No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.